IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE HIPPS, | : | |
| | : | CASE NO.  1:19-cv-2815 |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER JR. |
| vs. | : | |
| | : | |
| CUYAHOGA COUNTY, et al, | : | |
| | : | |
| | : | |
| Defendants. | : | |

_____

## STIPULATED LEAVE TO PLEAD
_____

Defendants Cuyahoga County and Christopher Perdue, by and through counsel, hereby submit this stipulated leave to plead to Plaintiff's Complaint, up to and including January 10, 2020.  Counsel for Plaintiff has agreed to this stipulated leave.  No prior extension has been requested or granted.

                                                                                                 Respectfully Submitted,

| | |
|---|---|
| __*per email consent 12-10-2019*__ | /s/ Robert F. Cathcart__ |
| Ashlie Case Sletvold (0079477) | Robert F. Cathcart (0071747) |
| The Chandra Law Firm | Assistant Prosecuting Attorney |
| The Chandra Building | The Justice Center, Courts Tower |
| 1265 W. 6th St., Ste. 400 | 1200 Ontario Street, 8th Floor |
| Cleveland, Ohio  44113 | Cleveland, Ohio  44113 |
| 216.578.1700  Phone | 216.443.7789  Phone |
| Ashlie.Sletvold@ChandraLaw.com | |
| rcathcart@prosecutor.cuyahogacounty.us | |